UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 16-401 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ERROL MAYERS, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    September 26, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has a lengthy criminal history that includes a number of convictions

DETENTION ORDER
PAGE -1

for unlawful possession of a firearm.   Throughout his criminal history, he has failed to appear for court, with resultant bench warrant activity.  The instant charged offense was allegedly committed while defendant was on state supervision.  Pretrial Services reports that defendant is associated with various alias names and three different dates of birth.

2. Defendant poses a risk of nonappearance due to use of aliases, a prior conviction for escape from custody, current substance use, and lack of stable address and employment. Defendant poses a risk of danger based on criminal history, alleged gang ties, and commission of the instant alleged offense while on supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of September, 2016.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge