THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERROL MAYERS,<br><br>　　　　　　Defendant. | CASE NO. CR16-0258-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Errol Mayers's motion for an extension of the deadline to file a motion for a new trial (Dkt. No. 77); Defendant's motion for the Government to inspect the personnel records of FBI Agent Todd Bakken to determine if there was any *Henthorn* material that should have been disclosed before trial (Dkt. No. 78); and the Government's unopposed motion for an extension of time to respond to Defendant's motion for discovery relating to ATF Agent David Roberts's prior cases (Dkt. No. 82).

The Court, finding good cause, GRANTS the motion for an extension (Dkt. No. 77). The deadline to file a motion for a new trial is January 31, 2017.

The Court DENIES the motion to inspect personnel records (Dkt. No. 78). The motion is frivolous as Mr. Bakken did not testify at trial and the Government never intended to call him as

a witness. The Government had no obligation to pursue a *Henthorn* review of Mr. Bakken's personnel files before trial and it has no such obligation now.

The Court, finding good cause, GRANTS the motion for an extension (Dkt. No. 82). The Government's response to Defendant's motion for discovery, if any, is due on or before February 3, 2017. The Court DIRECTS the Clerk to renote the Defendant's motion for discovery (Dkt. No. 81) for February 10, 2017.

DATED this 23rd day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk