THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-0258-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ERROL MAYERS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continuing his sentencing hearing (Dkt. No. 94). The Court, finding good cause, GRANTS the motion. The sentencing hearing is continued to May 23, 2017, at 9 a.m.

DATED this 6th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk