THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0258-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ERROL MAYERS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to continue sentencing and motion for a new trial (Dkt. Nos. 99, 101). The Court will rule on both motions before the sentencing scheduled for Tuesday, May 23, 2017. In the interim, the parties should proceed as if the sentencing hearing will occur as scheduled.

DATED this 18th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk