THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERROL MAYERS,

Defendant.

CASE NO. CR16-0258-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on defense counsel's unopposed motion to provide her with a copy of documents filed under seal in this case (Dkt. No. 116). Current defense counsel, Juanita Holmes, was appointed after previous defense counsel, Alexander Chan, withdrew as attorney for Defendant. (Dkt. Nos. 110, 115.) Mr. Chan filed a sealed document with his motion to withdraw. (Dkt. No. 111.) A hearing on the motion to withdraw was held on May 30, 2017, and the digital recording of that hearing is also sealed. (*See* Dkt. No. 114.) Ms. Holmes now seeks a copy of the sealed document filed with the motion to withdraw and the digital recording from the hearing in an effort to effectively represent Defendant. (Dkt. No. 116.)

Having considered the entirety of the record and files herein, the Court finds good cause to GRANT the motion (Dkt. No. 116). The Court DIRECTS the Clerk to provide defense

1  counsel, Juanita Holmes, with a copy of the document filed in Docket No. 111 and the digital

2  recording of the proceeding referenced in Docket No. 114.

3      DATED this 26th day of June 2017.

4                                          William M. McCool
                                           Clerk of Court
5
                                           s/Paula McNabb
6                                          Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26